UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

ALTON NOEL,

                Plaintiff,                        **Affidavit of Service**

      -against-                                Case No.: 08 CV 01068

THE CITY OF NEW YORK,
POLICE OFFICER RAYMOND FERENCE shield # 15158,
POLICE OFFICER BRIAN STICKNEY shield # 09066,
POLICE OFFICER PATRICK MUNROE shield # 26669,
POLICE OFFICERS JOHN/JANE DOE(S) #'s1-4,

                Defendants.
_____X

      Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered two true copies of the Summons and Complaint upon the defendant The City of New York, via its agent:

Madelyn Santana, Process Clerk
Corporation Counsel for the City of New York
100 Church Street, 4th Floor
New York, New York 10007

      Ms. Santana is approximately thirty five years old. She has black hair. Her height is approximately 5' 6", and her weight is approximately 130 pounds. I delivered the above documents on February 1, 2008 at 1:50 p.m.

Dated:  **Brooklyn, NY**
          **February 1, 2008**

                                              By: Nicquan Bannister
                                              189 Grafton Street, Brooklyn, NY 11212

Sworn to before me this
this _1_ day of _Feb._, 2008

_____
NOTARY PUBLIC

                DAVID A. ZELMAN
          NOTARY PUBLIC, State of New York
                No. 02ZE6025678
             Qualified in New York County
           Commission Expires June 1, 2011