AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

ALTON NOEL

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 08 CV 1068 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the City of New York.

I certify that I am admitted to practice in this court.

March 31, 2008
Date

Signature

Robyn N. Pullio    RP 7777
Print Name    Bar Number

100 Church Street
Address

New York, N.Y. 10007
City    State    Zip Code

(212) 788-1090    (212) 788-9776
Phone Number    Fax Number