

David A. Zelman, Esq.
Law Office of David A. Zelman
612 Eastern Parkway
Brooklyn, NY 11225
(718) 604-3072

Via fax: 212 805 7946
Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

April 30, 2008

Re:  **Noel v. The City of New York et. aL**
     **08-CV 1068 (RJS)**

Honorable Richard J. Sullivan:

As directed, the parties submit this letter to advise this Court regarding the status of the underlying criminal matter in Kings County. As your Honor is aware, this civil matter was stayed pending the outcome of the pending criminal case.

Currently, the criminal case is still pending and there is a May 9, 2008 appearance scheduled. Therefore, the parties request that they report the status of the criminal case shortly after the May 9 appearance as the parties will most likely have more information to report as of that date.

Thank-you for your consideration.

Very Truly Yours:

David A. Zelman

CC:  *Via Fax 212-788-9776*
     Robyn N. Pullio (RP 7777)
     Assistant Corporation Counsel
     100 Church Street
     New York, NY 10007

The parties shall submit a joint status letter to the Court no later than May 15, 2008.

SO ORDERED
Dated:                          RICHARD J. SULLIVAN
                                U.S.D.J.

1