USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 6/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ALTON NOEL**
               **Plaintiff,**

-v-

**CITY OF NEW YORK, ET AL,**
               **Defendants.**

Case No. 08 CV 01068 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The stay entered in this case on February 22, 2008 is hereby lifted.

Plaintiff will be permitted to amend the complaint by. Defendant City's answer shall be filed not later than June 20, 2008.

The parties are to submit a joint status letter to the Court by June 27, 2008, advising whether or not one of the named defendant Police Officers who has since retired, will accept service of the amended complaint at One Police Plaza.

SO ORDERED.
DATED:
New York, New York June 12, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE